[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

Nos. 13-10414; 13-10420 [1]
Non-Argument Calendar

_____

D.C. Docket Nos. 1:11-cr-00301-WHB-LTW-1,
1:10-cr-00276-WBH-LTW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSEPH DOMENIC FLOWERS,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

(December 13, 2013)

Before TJOFLAT, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

---

[1] These cases were consolidated on appeal.

Mary Erickson, counsel for Joseph Flowers, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Flowers' convictions and sentences are **AFFIRMED.**